```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 05 B 38433
  REBECCA SANCHEZ SEILHEIMER
                                               CHAPTER 13

                                               JUDGE: A. BENJAMIN GOLDGAR
       Debtor
  SSN XXX-XX-3555
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/19/05 and confirmed on 01/06/06.

2. The plan is paid in full.

3. The Debtor paid a total of $ 81250.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MORT | CURRENT MORTG | 35743.42 | .00 | 35743.42 |
| WELLS FARGO HOME MORT | MORTGAGE ARRE | 20732.24 | .00 | 20732.24 |
| FORD MOTOR CREDIT CO | SECURED | 8905.00 | 795.92 | 8905.00 |
| ASPIRE VISA | UNSECURED | 4006.64 | 306.68 | 4006.64 |
| CAPITAL ONE BANK | UNSECURED | 1319.43 | 100.80 | 1319.43 |
| CARSON PIRIE SCOTT | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 999.77 | 76.36 | 999.77 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1779.69 | 135.92 | 1779.69 |
| ROUNDUP FUNDING LLC | UNSECURED | 417.51 | 31.78 | 417.51 |
| WALMART | UNSECURED | NOT FILED | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED | .00 | .00 | .00 |
| GE MONEY BANK | FILED LATE | .00 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 65380.66 | .00 | 8523.04 | .00 | 73903.70 |
| PRINCIPAL PAID | 65380.66 | .00 | 8523.04 | .00 | 73903.70 |
| INTEREST PAID | 795.92 | .00 | 651.54 | .00 | 1447.46 |
| TOTAL PAID | 66176.58 | .00 | 9174.58 | .00 | 75351.16 |

The Debtor's attorney, PAUL M BACH                          , was allowed $   2942.50
and was paid $    800.00  direct and $   2142.50  through the plan.

The Trustee received $    3598.53 .

Refunds to the Debtor totaled $     157.81 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability

in this case.

Dated: 01/13/09                               /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE